THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Thomas Charles Wilson and Vicky Whitt Wilson, Respondents,
v.
Lisa Snelgrove, Larry Davenport, John Roe (Fictitious Name) and Stephanie, a minor under the age of seven (7) years, Defendants,
of whom Larry Davenport is, Appellant.
 
 
 

Appeal From Laurens County
 Joseph W. McGowan, III, Family Court Judge

Unpublished Opinion No. 2005-UP-496
Submitted August 1, 2005  Filed August 22, 2005   

AFFIRMED

 
 
 
Larry Davenport, of McCormick; and W. Reid Cox, of Laurens, for Appellant.
James Fletcher Thompson, of Spartanburg, for Respondents.
 
 
 

PER CURIAM: This appeal arises from the termination of the parental rights of Larry Davenport to his minor daughter.  The court found his parental rights should be terminated on four grounds:  1) willful failure to provide support; 2) willful failure to visit; and 3) Davenports diagnosable condition of drug addiction that is unlikely to change within a reasonable time.  Additionally, the court found termination was in the best interest of the child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2004).
After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
GOOLSBY, BEATTY and SHORT, JJ. Concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.